**Order entered July 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01503-CV

**HOSSEIN JAHANSHAHI, Appellant**

**V.**

**MASOOMEH JANGRAVI, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

Appellant's July 1, 2016 "Motion for Appellant Oral Argument and Speedy Court Date"

is **DENIED**.

/s/     DAVID EVANS
        JUSTICE